UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARA, et al., <br><br> Plaintiff, <br><br> v. | Case No. 14-cv-03077-JD <br><br> **ORDER OF DISMISSAL** |

This case was opened when plaintiff wrote a letter to the court regarding medical care. In an effort to protect her rights, it was filed as a new case. Plaintiff was informed that she had not filed a complaint and was given twenty-eight days to do so. She also was sent a notice that she had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, she was allowed twenty-eight days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

Plaintiff has not filed a complaint, application to proceed IFP, or otherwise communicated with the Court. This case is therefore **DISMISSED** without prejudice. No fee is due. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 3, 2014

_____
JAMES DONATO
United States District Judge

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARA, et al.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>,<br><br>　　　　　Defendant. | Case No.　14-cv-03077-JD<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on 9/4/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ida  Lara ID: X28377
CCWF 516-24-2L
P.O. Box 1501
Chowchilla, CA 93610


Dated: 9/4/2014


　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court


　　　　　　　　　　　　　　　　　　　　　By:_*Lisa R. Clark*__
　　　　　　　　　　　　　　　　　　　　　LISA R. CLARK, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　Honorable JAMES DONATO

2